**No. 40240.**—Petition 5660–R of Saunders Merchandise & Novelty Co. (Cleveland).

Opinion by CLINE, J. The petitioner failing to sustain his burden of proof the petition was denied.

**No. 40241.**—Protest 883922–G of J. L. Hopkins Co., Inc. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of Abstract 37263 and *Knickerbocker Mills Co.* v. *United States* (T. D. 48959) laurel and marjoram leaves were held free of duty under paragraph 1722 as claimed.

**No. 40242.**—Protests 708006–G, etc., of International Milling Co. et al. (Buffalo).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40243.**—Protests 716113–G, etc., of Kwong Yuen & Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel it was found that the wooden stands are not entireties and the claim at 33⅓ percent under paragraph 412 was sustained. *Kwong* v. *United States* (T. D. 49409) followed.

**No. 40244.**—Protests 827797–G, etc., of H. Leo Gould, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel it was found that the wooden stands are not entireties and the claim at 33⅓ percent under paragraph 412 was sustained. *Kwong* v. *United States* (T. D. 49409) followed.

BEFORE THE SECOND DIVISION, DECEMBER 28, 1938

**No. 40245.**—Protest 957505–G/88052 of Chicago Mail Order Co. (Chicago).

Opinion by TILSON, J. On the record presented the gloves in question were held dutiable at 60 percent under paragraph 915 plus 10 cents per pound on the cotton contained therein under paragraph 924.